# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SCOTT A. HARTMAN, | No. CV 08-3555-GAF (PLA) |
| Plaintiff, | |
| v. | **ORDER ADOPTING MAGISTRATE JUDGE'S FINAL REPORT AND RECOMMENDATION** |
| MICHAEL J. ASTRUE, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's final report and recommendation, and the objections submitted by defendant. The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The final report and recommendation is adopted.

2. Plaintiff's request for remand is granted.

3. The decision of the Commissioner is reversed.

4. This action is remanded to defendant for further proceedings.

/

/

1     5.     Judgment shall be entered consistent with this order.

2     6.     The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: June 30, 2009

_____
HONORABLE GARY A. FEESS
UNITED STATES DISTRICT JUDGE