UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SCOTT A. HARTMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF THE SOCIAL<br>SECURITY ADMINISTRATION,<br><br>　　　　　Defendant. | No.  CV 08-3555-GAF (PLA)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's final report and recommendation, IT IS ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is reversed and this case is remanded for further administrative proceedings.

DATED: June 30, 2009

　　　　　　　　　　　　　　　　　　　　　/s/ Gary Feess
　　　　　　　　　　　　　　　　　　　HONORABLE GARY A. FEESS
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE