DONALD R. BUCHANAN     CBN: 110309
SHAPIN AND BUCHANAN
2000 E. Fourth St., Suite 120
Santa Ana, California 92705
Telephone: (714) 567-0188
Fax: (714) 567-0029
Email:  Donssatty@aol.com

Attorneys for plaintiff Scott A. Hartman

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| SCOTT A. HARTMAN | ) No. CV 08-3555 GAF (PLA) |
| Plaintiff, | ) |
| | ) [PROPOSED] ORDER AWARDING |
| v. | ) EAJA FEES |
| | ) |
| MICHAEL J. ASTRUE | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |
| | ) |

Based upon the parties' Stipulation For Award of EAJA Fees

("Stipulation"),  **IT IS ORDERED** that counsel for plaintiff is awarded attorney

fees pursuant to the Equal Access to Justice Act ("EAJA") in the amount of TWO

THOUSAND SEVEN HUNDRED DOLLARS and no/100's ($2,700.00), as

/

/

/

/

/

1   authorized by 28 U.S.C.  2412(d), and subject to the terms and conditions of the
2   Stipulation.

4   IT IS RECOMMENDED:

6   DATED: September 14, 2009

9   _____
10  PAUL L. ABRAMS
    UNITED STATES MAGISTRATE JUDGE

12  IT IS ORDERED:

14  DATED: September 16, 2009

17  _____
18  GARY A. FEESS
    UNITED STATES DISTRICT JUDGE